I call case 19-2130, Shea v. United States. All right, Mr. Rosenthal, now please proceed. Thank you. I apologize. May it please the Court. When an employer violates the FLSA, the statute establishes a strong presumption of double damages. This appeal presents the question of whether an employer can overcome that presumption when it presents no evidence of how or why it decided to deny time-and-a-half overtime pay prior to the filing of the complaint. Can I just ask you, this case, we've read the brief, so we appreciate what your argument is, but this case is a little unusual because of the statute of limitations question, because this original decision was made in 2007, right? Correct. What is your view in terms of what it was incumbent on the United States to do that it didn't do to establish reasonable ground or good faith? For example, if there was a memo in the file from 2007 that somebody had kept that had two paragraphs explaining why the government thought that this particular employee was not covered by the FLSA, would that be sufficient? Yes, Judge Prost, I think that would be sufficient. And we know from the record that NCIF actually currently creates a document like that when it classifies a position. Stacy Cruz testified to that. So really what the agency would have had to do if it created the document at that time was keep it somewhere so that when the issue arose in the future, it could establish the basis for its conduct, its decision not to pay time-and-a-half overtime to the employee. But the tricky thing about this case is that, let's assume it wasn't their agency practice to retain that kind of documentation for more than five years or something. The problem is that under the statute of limitations, your trigger date is at 2014, right? Which is seven years after the original decision was made. So isn't that a bit problematic for you all? What if the agency could show, for example, that it just didn't retain those kinds of records for more than five years? So we just don't know whether or not there was a record completed. Why should the government bear the burden when this time frame well preceded your statute of limitations? Sure. Let me make several points about that. So first of all, we're operating under a statute which creates the default rule of double damages. So the employer here is trying to basically get an exception or an escape from that presumption. And the statute says that in order to do so, it has a burden of what it has to show. And so the question is, when the evidence is missing, as you described, because the agency failed to keep it, is that going to be held against the employer or should that be held against the employee who really never had any access to this information in the first place and couldn't be expected to know why the agency had taken this action? And I think that another kind of consideration here is this issue is never going to rise so long as an agency actually pays the overtime appropriately. It would never get to the liquidated damages issue. But when it doesn't, it needs to be prepared to explain why it's taking the action that it's taking. If it's not paying overtime to an employee, it needs to be prepared to explain why that's the case if it's found to be in violation. And that's what the statute provides, and that's what we're asking the court to find here. The court below thought that there was a reasonable grounds looking at the position description for the government to have classified this as not covered by the FLSA. I don't think the court asked the right question. It did say that the position description could provide a reasonable grounds, but it did not say that the agency proved that it actually had that grounds prior to when the lawsuit was filed because there was no evidence of that. Well, I don't know. Why do you need evidence? They checked the box. I mean, they did affirmatively, with regard to the position description, categorize it as not covered by the FLSA, right? Correct. No, I'm sorry. I cut you off. No, no. Go ahead. Okay. The statute, I mean, they checked the box, sure, but the statute says they have to have a reasonable basis for that. They have to prove that they had a reasonable belief that they were complying with the statute. So simply checking a box doesn't get you anywhere near that showing. And courts have again and again held employers to that burden and reversed trial courts when an employer tries to escape by without that kind of evidence. And so ultimately I don't think it's really all that burdensome for an agency to say that, you know, if you are going to end up, if you're taking the risk that if you are found up, end up finding a violation of the FLSA, you're going to have to explain your conduct, and you should keep those memos for more than five years if you want to be prepared to defend against a liquidated damages claim. There's also another approach that I think agencies could take, which is to... Well, we're talking about what the agency should have known and reasonably assumed back in 2007, right? Correct. Not today. Okay. And if the agency was familiar with... Sorry, can I interrupt? This is Judge Hughes. Can I ask you hypothetically, do you think you always need a memo justifying the classification? Or if the position description is so clear on its face that it's an exempt position, you can imagine all the language you would need to put it in. Isn't that position description itself facially enough to show the agency's good faith? I think under the statute, the agency has to show something about the actual analysis that it applied to reach its determination. So I don't... But again, it's self-evident if it writes a position description and says, this person is a GS-15 supervisor. Their job is to supervise 100 attorneys, direct policy, blah, blah, blah, do all that kind of stuff. And accompanying that is the SF form, and it's checked exempt. Do you think there has to be a separate document that examines that and explains the analysis, or would that be enough to establish good faith? And if you think there needs to be a separate document, where would you ground that requirement? Right. So the agency only has to establish good faith if it's found to have violated the statute. So in the example you described where it's so clear cut, this issue is never going to arise because there's never going to be a violation of the statute for someone who supervises 100 employees. So kind of by design, this would only arise when it's at least somewhat of a closer issue. And so that's why I think that... Sure, but that's not necessarily... I mean, some of these things, you know this, some of these classifications are made years ago, if not decades ago. And at the time, the agency's justification and classification decision may have been correct, and as court precedent evolves, as it has in this area for 40 years, it may become incorrect.  Why do you think there's some kind of requirement for analysis located anywhere in our precedent? I mean, it's clearly not in the specific terms of the FLSA. I just... Is this just, you know, your view of what sufficient evidence is to establish good faith? Or like some kind of statutory requirement? Our argument's based on the text of 29 U.S.C. 260, which says the employer has to show good faith and reasonable grounds for believing that his act of remission was not a violation of the act. So we think that means that there has to be some evidence to show what the employer thought, you know, what analysis had applied. Now, I think it could be... And I'd also add that, in terms of your reference to changes in the law, I don't think NCIS is pointing to any relevant changes that took place here. But, you know, I suppose in a hypothetical case, if it was so clear-cut initially and then it became less clear-cut, well, I think an agency would have had an obligation to track changes in the law and to update its practices over time. But, you know, I suppose in some, you know, very narrow set of cases, that could be the case. But it's simply... I believe my time has expired, so... Well, why don't you finish the answer to answering Judge Yu's question? Sure. We think that under the text of the statute, as has been interpreted by numerous courts which we've cited, employers are held to the burden of producing some evidence to explain what their basis was for taking the action at issue. Thank you. Thank you. Oh, I'm sorry. Judge Rayner, did you have another question? Did someone have another question? Yes, for some reason... OK, Mr. Wilson-Stahl? Yes. Judge Rayner has a question. Yes, for some reason my phone is cutting off again and I couldn't... I guess you all wouldn't hear me. Now, so I have two points here. Now, counsel, you're not arguing that the government engages in bad faith here, correct? I mean, the good faith part of the standard is not at argument. Yes, and I apologize, Judge Rayner, I did not hear you try and ask a question earlier. So it's a little counterintuitive. The way that the... First of all, the government had the burden to prove its good faith, so we don't have... We didn't have to argue or show bad faith. But the way the good faith requirement's been interpreted by every circuit that's looked at it is it's a little bit more than just requiring good motives. It actually requires that the employer show that it undertook some specific steps to check to see if it was complying with the statute. And we do think that in this case, NCIS did not meet its burden to prove that it took those steps prior to the filing of the lawsuit. So we do have an argument on that prong. Okay, all right. Well, I'm ready to go at that point. Thank you. Any further questions? All right, we'll hear from Mr. Kerr now. Thank you, Your Honor. May it please the Court. The Court of Federal Claims made factual findings that support its decision not to award liquidated damages. First, the Court of Federal Claims found that NCIS had objectively reasonable grounds for its decision. Specifically, the duties in the position description appear to be exempt. As team lead, Mr. Shea directs all aspects of surveillance operations, including the direct... But doesn't it matter? First, isn't your friend correct that it matters not what the Court of Claims decided after it reviewed the position description, but what the agency's thought process and analysis was? Well, Your Honor, the standard is that the government needs to show that it had a reasonable grounds, a reasonable basis for its decision. And we... Our position is that that is satisfied by the position description. So the Court's finding is that the position description has duties that appear to be exempt, and that's the basis for the reasonable grounds of its decision. Well, what if there... Hypothetically, I understand that stuff is case. But what if the other side were able to dig up the person that made that... that checked that box back in 2007, and the person that checked that box said, you know, we were never expected to even read the PD. We were just checking off the box because that's what we were told to do. That would... It wouldn't matter then whether the CFC thought that the position description was a close call or could have arguably been an exempt position, right? That's correct, Your Honor. This decision was made back in 2007, as you pointed out, before the statute of limitations period of this case. And the government was unable to... to locate a witness, you know, in HR who was involved in this decision, and it was unable to locate any documents beyond the position description itself. Our argument is that that position description itself, the document speaks for itself, that that has duties on it that appear to be exempt, and that the government's reliance on it was reasonable, that that was a reasonable basis. The counsel for Mr. Shea says the government must explain why it took the action it did, which is it paid Mr. Shea... it capped his overtime at 25% of his base salary, and that original position description is part of that explanation. We put on evidence of why NCIS made that decision to pay Mr. Shea a cap of 25% overtime. Part of that is the position description that gives a reasonable basis in that it has duties that are exempt, and then also, as the court found, NCIS acted in good faith. It has an automated process to verify that Mr. Shea is, in fact, doing those duties in the position description. And the court found that it was accurate, that that process worked. Mr. Shea argued... But that's not really the question here. The question isn't whether or not he was doing what he was supposed to be doing under the PD. The question is whether or not the duties enumerated in the position description satisfied the exemption. And again, I mean, you do rely on the presumption of regularity, do you not? We do, Your Honor, although, I mean, that bolsters our position, which has been our position all along, that the document, the position description, speaks for itself. Well, except the other side, what do you say? Is the other side correct? I think, I may have this confused with another case, but I think the other side makes the argument that you never raised that below. Well, below, Mr. Shea argued in his post-trial brief that we had no evidence of the who or the why this classification was made. And our response to that was that we have the position description. And again, the position description speaks for itself. We can read the position description. The box is ticked for FLSA exemption, and it's signed by a supervisor approving that decision. Now, at the court of appeals, Mr. Shea's argument is more pointed. He's saying now that not only is there no evidence of the who or the why, but that there's no evidence that those duties in the position description were even considered. And that's when we're bringing in the presumption of regularity that the document was signed, and they're suggesting that the government employee did not read the document that she was signing, and that it goes a little farther than to say we have no evidence of the who or the why that original classification was made, which we admit that's correct. But they're going farther in saying basically the document doesn't speak for itself, that there's no evidence that NCIS relied on those duties in the document. And we're responding more to that argument, that more pointed argument that's come up on appeal. The court also considered that NCIS has a dedicated staff with training and experience in FLSA as part of the good faith finding. Well, what's relevant is what existed in 2007. Was the finding that it currently has or in recent years has had a staff to evaluate it, or that that was the case in 2007? Well, Your Honor, it's our position the court properly looked at the totality of the circumstances, which that in 2007 this decision was made to classify this position as exempt. And then the current situation and sort of just pre-litigation situation is that NCIS has this dedicated staff with training and experience that has a process of reviewing these position descriptions annually, if not more often, to make sure that those are the duties being performed. Well, they have that process, but there's no indication that this particular position description was included in the more recently instituted annual review. Is there? Well, there is evidence that there's this annual process that applies to all position descriptions, that when there's a review, a performance review, part of the process of reviewing it is to verify that these still reflect the duties that the employee is doing. And Mr. Shea had these annual reviews, so it was this particular position description was verified in this process as Mr. Shea performing these duties. It was also reviewed by Mr. Freeman when he made new hires for the position. Yeah, but I think two different questions, I guess I'm getting a little confused. Whether or not he performed the duties outlined in the position description is not the question of whether or not those duties were sufficient to establish exemption under the SLSA. Aren't they two separate and different questions? They are two separate questions, Your Honor. We are relying on the original description made back in 2007, which we admit we don't have the who or we don't have a memo, but we're relying on the document itself and the process that existed then and that the supervisor, based on her signature, reviewed it and approved it. We're relying on that from 2007, which is outside the statute of limitations of this case, and then relying on the process of reviewing that at least annually, if not more, for accuracy, for good faith. Those are active steps. Mr. Shea's counsel is correct that there could have been more active steps, but the active steps that the government took was that annual review process. It's a different question than the SLSA exemption, but the combination of those two findings and those two factors satisfied the Court of Federal Claims and it satisfies the statute that the employer must show a reasonable basis and must show good faith. Counsel, this is Judge Reina. Can you hear me? Yes, I can, Your Honor. Okay, good. So, in the context of your responses to Judge Crow's questions, let me point out that the Claims Court concluded that the NCIS acted in good faith because, quote, it demonstrated an intent to comply with the Fair Labor Standards Act by having a formal process to classify positions and review decisions executed by dedicated staff. So, really what the Claims Court here found was an intent to comply, and I think it's agreed by everybody that there's no evidence of the who or the what here. And I'm concerned that we're being asked to affirm this particular finding that all you have to show is that you had an intent in order to satisfy the good faith element of the statute. Can you respond to that? Well, yes, Your Honor. I mean, you are correct. We have to show an intent to comply with the FLSA, which we've done. But the Court also found that there were active steps to comply. And these active steps were the, reading a little further in the Court's decision from where you just read, was the agency supervisors are required to review annually and verify the position description, verify that those are the duties being performed, and that's part of the performance evaluation system. And the Court found that- Sorry, Your Honor. That goes to the position that the agency was trying to comply, but not whether it actually complied in this case. Well, Your Honor, I mean, the agency, because we're in the liquidated damages discussion, the agency failed to comply. I mean, we accept that, that the agency made the wrong call. What we've shown is a good faith effort to comply with these active steps. And the FLSA requires the decision to be based on the actual duties that the employer is doing. And this process that NCIS has in place makes sure that the position description reflects the actual duties that are being performed. Now, the decision to classify that position as exempt, as we've discussed, was made back over 10 years before this case was filed. And we can't put on evidence of the who or why, but when you look at the actual position description, there's a reasonable basis, and the Court found this, that it contains duties that could be interpreted as falling into the administrative exemption. So it's the combination of those two. And this is a unique case, but it's a combination of those two findings, that FLSA took active steps to make sure it followed the FLSA, in that its ongoing decision was based on the actual duties being performed, and that it also had a reasonable basis, you know, upon objective analysis of the position description. And I do want to talk about one more thing, that the payment of administratively uncontrollable overtime, or AUO, also shows and helps explain the reason why Mr. Shea was not paid FLSA overtime. This overtime, AUO, is for employees with discretion to decide when to stay on duty. So it's not just extra money, as Mr. Shea's suggesting. This is consistent with NCIS's understanding of the position, understanding of the overall character of the position, that Mr. Shea had this discretion, that he had leadership. He decided when to stay on duty, and his team lead, he decided that for the entire team. NCIS does not allow non-exempt employees to decide how long to stay on duty. So his payment of 25% of his base salary as AUO overtime, is part of the explanation of why NCIS decided to pay him AUO overtime, and not FLSA overtime. So looking at the totality of this case, this case really boils down to a position description, with duties that could be objectively reasonable, reasonably interpreted as exempt, and then a review process to make sure that that position description accurately verifies what the employee is doing. And this satisfies the statute, it shows good faith, it shows reasonable grounds, and it satisfied the Court of Federal Claims. So we ask the Court to affirm the Court of Federal Claims. Any further questions from the bench? No. Okay, thank you. Thank you, Your Honor. I think you have some time left on rebuttal. Mr. Rosenthal, please proceed. Thank you, Judge Prost. I'd like to, we've talked a lot about 2007, but let's kind of ignore that for now and just talk about July 1st, 2014, which is the first day of the relevant time period here, taking into account the statute of limitations. The fact is we simply don't know on that date why this agency thought it was appropriate not to pay this employee time-and-a-half overtime pay. We do not know what steps the agency had taken at that time or for the next couple of years before we filed the complaint to check whether it was complying. And one fact we haven't mentioned yet is we don't even know which of the exemptions to the FLSA the agency thought applied to this position at that time. And so we think that there's simply not enough evidence to meet that statutory burden. I'd like to talk a little bit about the position description because there's been a lot of focus on that. It does have a clause. Can I just interrupt a minute? I just wanted to hone in on that last statement where you said there's just not enough evidence. Do you agree that this is an evidentiary question that we're reviewing here and whether the record supports the conclusion? Well, I think it's actually a problem that the trial court didn't apply the right legal test. It didn't look and focus on what happened. I'm sorry. Can I just interrupt again? It's hard to do this over the phone, but I know you want to make that argument because you get a better standard of review. But throughout your presentation, you've been talking about how there's not evidence to show the agency's reasoning and things like that, which sounds to me very much like an evidentiary argument, not a legal argument. So if you're making the legal argument, can you say what the legal error is and point to me specifically in the trial court's opinion where you think it recited an incorrect legal standard? Sure. So the legal error is that the court did not apply the requirement that the employer has to show that the after-omission giving rise to the action had a reasonable grounds and good faith. I'm sorry. I don't mean to be argumentative. That's just parroting the statute. The trial court parroted the statute, too. So if we're just talking about reciting the proper statutory language, then I don't see any legal error in the trial court's decision. If we're then going on and saying whether the trial court applied it correctly and made proper factual findings out of it, then we're in evidence world, aren't we? Sure. And I apologize. You're right. I hadn't completed the thought, which was that that language has been interpreted to me that a court has to look, has to apply a retrospective analysis to the pre-litigation conduct. So if we look at the court's opinion on Appendix 21, and I'm going to focus on the reasonable grounds portion, the court further finds that NCIS's decision had objectively reasonable grounds. NCIS relied on Mr. Shea's written position description when classifying his position as exempt. I think there's two ways to understand what the court is saying there. One is that the court was actually saying that back in 2007 and up until 2016, the court relied on the position description to make its decision. And if that's how you understand the opinion, then I think you're right. It's simply a factual issue, and that's wrong. The evidence simply does not support that conclusion. But the other way to look at it is that what I think the court meant is it was accepting the agency's evidence that it did actually look at the position description after the case was filed to make a determination. Where does it suggest that it's making a litigation onward look? It's just talking about the evidence that the agency presented, and it's even citing testimony from Ms. Cruz, who was testifying about the agency's practices prior, pre-litigation. Well, no, actually. If you look at that testimony, what she's talking about is she says that after the case was filed, she looked at the position description and thought that it supported the exempt decision, and she explains her basis for that. And she's very clear. Well, sure, she did not. I mean, that's conceded by the government, I think, that she did not specifically look at this position description before the litigation and make a determination. That wasn't what she was in there for completely. But didn't she testify about agency practices pre-litigation? She testified that she did not know whether those practices were applied to this position or whether there was... I'm sorry, that's not being responsive to my question. I mean, I understand that she did not specifically testify about this position, nor could she, but didn't she testify about pre-litigation practices? I think her testimony is a little unclear. She was asked about how NCIS applies the Act. I believe the question specifically said, how does it apply the Act today? I'm sorry, can you point to me a specific statement in the trial court's opinion where it says, we are viewing the determination of whether there was good faith from the present time based upon the present understanding rather than at the time the decision was made? No, I don't think there's that statement. I think you have to look at what evidence it relied on and how it... Okay, and then, I mean, again, once we start talking about beyond the legal standard, you go back to evidence. So, you know, I'm not going to make you concede that this is an evidentiary question, but I'm pretty sure I see where it is. Yeah, I mean, like I said, I think there are a couple of ways to understand the court's opinion. Either the court was simply wrong about what the evidence showed in terms of the pre-litigation aspect of it, or the court wasn't looking for pre-litigation evidence, which would be the wrong legal approach. And I think... I agree with you that you could certainly look at it through that first lens, although I tend to think the court was doing the latter, but I think that either way you look at it, the opinion should be reversed. Thank you. We thank both sides, and the case is submitted.